HETZFIELD *v.* THE STATE.

BISCHOF
v.
COFFELT.

APPEAL from the *Dearborn* Court of Common Pleas.

HOVEY, J.—Information for retailing. Plea, not guilty. Trial by the Court, and a fine assessed of 2 dollars. No motions were made. The defendant appealed.

*Wednesday, December* 13.

The judgment in this case is affirmed, for the reasons given in the case of *Hornberger* v. *The State*, 5 Ind. R. 300.

*Per Curiam.*—The judgment is affirmed with costs.

*J. Ryman*, for the appellant.

*R. A. Riley*, *N. B. Taylor*, and *J. Coburn*, for the state.